# UNITED STATES DISTRICT COURT
for the
District of Hawaii

**SEALED**
**BY ORDER OF THE COURT**

United States of America
v.
Ryan Holden BAXTER

Defendant(s)

Case No. MJ25-1116WRP

**FILED UNDER SEAL PURSUANT TO CRIMLR5.2(a)(1)**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Aug 29, 2025 2:12 PM
Lucy H. Carrillo, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of June 2 and 12, 2025 in the county of _____ in the District of Hawaii, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Threats |

This criminal complaint is based on these facts:

See attached Affidavit in Support of Criminal Complaint.

☑ Continued on the attached sheet.

*Complainant's signature*

Justin Withoff, Special Agent U.S. Capitol Police
*Printed name and title*

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed.R.Crim.P. 4.1(b)(2).

Date: 08/29/2025

City and state: Honolulu, HAWAII

Wes Reber Porter
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Justin Withoff, being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for the issuance of a criminal complaint against Ryan Holden BAXTER ("BAXTER") charging him with making interstate threats in violation of 18 U.S.C. § 875(c).

2.  I am a Special Agent with the United States Capitol Police ("USCP") where I have served as a federal law enforcement officer since October 2009. I am currently assigned to the USCP Investigations Division, Threat Assessment Section ("TAS"). I have completed hundreds of hours of training in numerous areas of law enforcement investigation and techniques. In the course of my employment as a Special Agent with the USCP, I have received training regarding the application for and execution of both search and arrest warrants. I have received training in assessing and managing individuals who have communicated threats and engaged in behaviors associated with targeted violence. In my current assignment, I have participated in and conducted numerous investigations involving stalking and threatening communications, both locally and interstate.

1

3. The statements in this affidavit are based on my personal knowledge, my training and experience and information obtained from other law enforcement personnel and from persons with knowledge regarding relevant facts. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

## PROBABLE CAUSE

4. On June 2, 2025, at approximately 10:39 am HST, BAXTER, using phone number (530) 317-****, left a voicemail ("VOICEMAIL 1") on Victim 1's[1] phone ("Phone 1").

5. That same day, Victim 1's spouse reported the call to the USCP TAS. Voicemail 1 is transcribed as follows:

> Hey, nigger faggot, I am sending you a death threat. Okay, this is a death threat. I sent you one in the text.[2] I wanted to make sure you got it. I'm sending a voicemail. Okay, I'm planning on coming to Kihei, Hawaii.[3] I know exactly where you live. I'm gonna break in and fucking murder you and your wife. Okay, that's my plan. Go ahead. Be a little gay faggot. Report it to the FBI. They're probably going to say, Why is he saying this?

---

[1] Victim 1 is the spouse of a U.S. Congressperson's staff. The spouse of Victim 1 will later be referenced as Victim 2. *See infra* paragraph 10.

[2] Victim 1 did not receive the text referenced by BAXTER.

[3] Victim 1 lives in Kihei.

> People don't just randomly fucking do death threats for no reason. Why would I be death threating you [ Victim 1]?

6.  BAXTER is the nephew of Victim 1. Victim 1 believes that BAXTER incorrectly blames Victim 1 and Victim 1's spouse for BAXTER's losing custody of BAXTER's daughter while on the Island of Hawaii.

7.  On June 2, 2025, Verizon provided subscriber records for phone number (530) 317-**** which identified the current user as Ryan BAXTER.

   a. Call records provided by Verizon listed two calls from phone number (530) 317-**** to Phone 1, with one record documenting a date of June 2, 2025 at 20:38 GMT (approximately 10:38 am HST).

   b. VERIZON provided one-time location information for BAXTER's phone placing it near Yosemite Valley, CA on June 3, 2025 at 04:20:27 GMT (approximately 6:20 pm HST).

8.  On June 2, 2025, law enforcement database checks also revealed BAXTER as the current subscriber for phone number (530) 317-****.

9.  Your Affiant knows that "(530)" is an area code associated with Northern California.

10. Since reporting VOICEMAIL 1 on June 2, 2025, Victim 1's spouse ("Victim 2") provided an additional voicemail ("VOICEMAIL 2") to USCP TAS on June 16, 2025. VOICEMAIL 2 was received on June 12, 2025 at

3

approximately 8:41 pm HST on Victim 2's phone ("Phone 2"). The transcription of VOICEMAIL 2 is as follows:

> Hi tramp dike, okay, we're fucking done. I'm going to Russia because tramp dikes like you and Hillary fucking cunt man, this whole cunt man, there's an army of tranny dikes running around causing fucking mass chaos. You're so disgusting. Okay? You're a disgusting human being, all right, you're acting like a tranny manny. You think somehow in your fucked up brain, we all got to bow down to you because you got your fucking nutsack cut out. Wow. You have a warm hole that a penis feels good in. That's what you traded. I have a nut sack. I'm more complete than you. You're gonna look up to me, you stupid cunt. You're going to fucking jail. You're getting shot in the fucking head. I'm murdering you. Mark my words. I'm going to fucking murder you.

11. Victim 1 was in Hawaii when VOICEMAIL 1 was received on June 2, 2025 at approximately 10:39 am HST.

12. Victim 2 was in Hawaii when VOICEMAIL 2 was received on June 12, 2025 at approximately 8:41 pm HST.

13. Victim 1 and Victim 2 recognize the voice of the caller for both VOICEMAIL 1 and VOICEMAIL 2 as BAXTER.

14. Victim 1 was "really concerned" after hearing VOICEMAIL 1 and believed BAXTER may be on Maui Island because BAXTER has family who owns property on Maui Island and BAXTER had been to Victim 1 and Victim 2's residence prior to VOICEMAIL 1. In response to VOICEMAIL 1, Victim 1 purchased a firearm for protection, and took a firearms training class. Victim 1

believed BAXTER to have the capability to follow through with the acts mentioned in VOICEMAIL 1 because BAXTER previously served in the U.S. Navy. Victim 1 was aware of a Facebook account associated with BAXTER featuring photos of BAXTER with a rifle. Victim 1 also was concerned for his/her and Victim 2's safety after hearing VOICEMAIL 2.

15.   Victim 2 was "shocked" and "incredibly worried" for Victim 1 and 2's lives after hearing VOICEMAIL 1 and 2. Victim 2 also stated that BAXTER had been to Victim 1 and Victim 2's house. Victim 2 believed BAXTER to have the capability to follow through with the actions mentioned in VOICEMAIL 1 and 2 because BAXTER previously served in the U.S. Navy. Victim 2 also had seen social media postings with BAXTER possessing a rifle.

### THREATS MADE BY BAXTER TO OTHERS

<u>Island of Hawaii</u>

16.   On April 28, 2025, BAXTER made threats to an employee of Hawaii Child and Welfare Services, using phone number (530) 317-****. BAXTER left the following voicemail message:

> Hey [employee of Hawaii Child and Welfare Services], you've got a certified death threat, okay? I'm gonna find you and fucken shove a gun down your throat and shoot you in the fucken face! Okay? You got that fat [employee of Hawaii Child and Welfare Services]? I'm planning on killing you and murdering you.  So we got the FBI involved.  Yep,

you've got a murder death fucken threat, but the truth is the FBI's gonna find out you broke the fucken law, asshole! So you're in the wrong! Yep! All servants will be held accountable!

17. BAXTER then sent the following text messages to the employee of Hawaii Child and Welfare Services:

I am plotting to assassinate you (knife emoji) Report to FBI You are not safe (pirate flag emoji)

Maybe don't violate Human rights and you won't have to worry about me finding you at night and blowing out your brains (magnet emoji)(shocked face emoji)(brain emoji)

18. Based on the threats directed toward the employee of Hawaii Child and Welfare Services, a Warrant of Arrest was approved by a State of Hawaii District Court Judge. Officers with the Hawaii Police Department went to BAXTER's residence to serve the arrest warrant. BAXTER retreated into his residence when approached and advised law enforcement that he would turn himself in at the Hilo Police Station the next day. BAXTER did not turn himself in the next day but allegedly fled to the continent.

## Placerville, California

18. On May 3, 2017, BAXTER was arrested for threatening to shoot his girlfriend in the head with his gun. His girlfriend locked herself and their daughter in the bathroom of their Placerville residence.

6

19. On July 11, 2025, an attorney involved a child custody matter involving Baxter's daughter (PERSON 1), reported to Placerville Police Department that BAXTER, using phone number (530) 317-****, left voicemails on July 8, 2025 stating in part:

> First Voicemail
> How are you going to lie in court and step all over the constitution.
>
> Oh here is a death threat, I am going to jam a gun up your asshole and shoot your fucking asshole wide open.
>
> Second Voicemail
> You wanted 50/50 equal men and women? No problem you're going down you stupid fucking transgential psycho cunt.
>
> I am going to kill you

PERSON 1 was terrified and feared for his/her safety.

20. A Placerville police officer called the phone number that left the voicemails. BAXTER answered and asked the officer if the officer knew of the First Amendment. After the officer replied that threatening to shoot someone is not covered by the First Amendment, Baxter told the officer to "fuck off" and hung up.

21. Later that day, BAXTER called the Placerville Police property/evidence technician to asked if his handgun and shotgun was available to be picked up. Placerville Police took possession of these firearms from BAXTER

7

after the May 3, 2017 arrest and these unregistered firearms were designated for destruction by Placerville Police. They were not returned to BAXTER.

## ACCESS TO WEAPONS

22. A review on July 23, 2025 revealed a Facebook account linked to BAXTER via phone number (530) 317-**** containing multiple images and videos of BAXTER with firearms.

23. BAXTER's ex-wife reported that BAXTER possessed multiple firearms during their relationship.

## CONCLUSION

24. Based on my training and experience, probable cause exists that BAXTER communicated threats to injure another person in violation of 18 U.S.C. § 875(c).

## REQUEST FOR SEALING

25. I further request that the Court order that all papers in support of this application, including the affidavit and any further search and arrest warrants, be sealed until the arrest of BAXTER and/or further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to the target of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may give the target an

opportunity to flee/continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or otherwise seriously jeopardize the investigation.

Respectfully submitted,

Justin Withoff
Special Agent
United States Capitol Police

This Criminal Complaint and Agent's Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer on August 29, 2025.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to FRCP 4(d) and 4.1(b)(2)(A) this 29th day of August 2025.

Wes Reber Porter
United States Magistrate Judge

9